# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATWANT S. SAHOTA, an individual and JASDEE SHANKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00136-WBS-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE STATUS CONFERENCE AND RETAIN COURT'S JURISDICTION OVER SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL:**

The Court, having considered the Joint Stipulation to Continue the Court's Jurisdiction Over Settlement filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation is GRANTED;

2. The April 21, 2025, Status Conference re Settlement is vacated and reset for **August 25, 2025 at 1:30 p.m**.;

3. The Court retains jurisdiction over the action for 120 days from the date of this Order to allow the Parties to resolve attorneys' fees and costs or for Plaintiffs to file a fee motion;

4. A further joint status report shall be filed no later than **August 11, 2025** if the attorney fee and costs has not been resolved or plaintiffs' motion has not been filed by that date.

IT IS SO ORDERED.

Dated: April 8, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE