1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATWANT S. SAHOTA, an individual and JASDEE SHANKER, an individual, | Case No.: 2:24-cv-00136-WBS-AC |
| | Judge: Hon. William B. Shubb |
| | Dept.: 5 |
| Plaintiff, | |
| | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | |
| Defendants. | |

## **ORDER**

The Stipulation is approved. The entire action, including all claims and counterclaims against all parties, is hereby dismissed with prejudice.

Dated:  September 22, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE